THOMAS E. MOSS
UNITED STATES ATTORNEY
**JACK B. HAYCOCK**
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN #192
POCATELLO, IDAHO 83201
TELEPHONE: (208) 478-4166

U.S. COURTS

03 SEP 23 AM 11:20

REC'D_____ FILED_____
CAMERON S. BURKE

CLERK, IDAHO _____

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case **CR 03- 220 E BLW** |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | Vio. 18 U.S.C. § 876 (c) |
| DUSTIN HOLM, ) | |
| Defendant. ) | |

**The Grand Jury charges:**

### COUNT ONE

That on or about the 2nd day of July, 2003, in the State and District of Idaho, the defendant, **DUSTIN HOLM,** knowingly did cause to be delivered by the Postal Service according to the directions thereon, a written communication, the envelope postmarked 01 Jul 2003, addressed to "U.S. District Court Clerk, 801 S. Sherman #198, Pocatello, Idaho 83201," and containing a threat to injure the persons inside the U.S. Courthouse in Pocatello, Idaho; in violation of Title 18, United States Code, Section 876(c).

### COUNT TWO

That on or about the 3rd day of July, in the State and the District of Idaho, the defendant, **DUSTIN HOLM,** knowingly did cause to be delivered by the Postal Service

INDICTMENT - 1

according to the directions thereon, a written communication, the envelope postmarked 01 Jul 2003, addressed to "Security Personel [sic], Idaho Nuclear Engineering Laboratories, 850 Energy Dr., Idaho Falls, Idaho 83402", and containing a threat to injure the persons inside the building at 850 Energy Drive, Idaho Falls, Idaho; in violation of Title 18, United States Code, Section 876(c).

### COUNT THREE

That on or about the 8th day of July, 2003, in the State and District of Idaho, the defendant, **DUSTIN HOLM**, knowingly did cause to be delivered by the Postal Service according to the directions thereon, a written communication, the envelope postmarked 01 Jul 2003, addressed to "Dept. of Air Force, 1920 E. 17th St., Idaho Falls, Id. 83401", and containing a threat to injure the person who opened the envelope and other persons in the building; in violation of Title 18 United States Code. Section 876(c).

### COUNT FOUR

That on or about the 1st day of July, 2003, in the State and District of Idaho, the defendant, **DUSTIN HOLM**, knowingly deposited in an authorized repository for mail matter, by giving it to a jailer in the Bingham County Jail, Blackfoot, Idaho, to be sent or delivered by the Post Office, a written communication, the envelope postmarked 01 Jul 2003, addressed to "Federal Bureau of Investigations, 545 W. Broadway, Jackson, Wyoming 83025," and containing a threat to injure persons in that building; in violation of Title 18, United States Code, Section 876(c).

### COUNT FIVE

That on or about the 1st day of July, 2003, in the State and District of Idaho, the defendant, **DUSTIN HOLM**, knowingly deposited in an authorized repository for mail matter, by giving it to a jailer in the Bingham County Jail, Blackfoot, Idaho, to be sent or delivered by

INDICTMENT - 2

the Post Office, a written communication, the envelope postmarked 01 Jul 2003, addressed to "U.S. Customs Dept., * c/o* U.S. Marshals, 250 S. 4th Ave., Pocatello, Idaho 83201," and containing a threat to injure persons in that building; in violation of Title 18, United States Code, Section 876(c).

## COUNT SIX

That on or about the 1st day of July, 2003, in the State and District of Idaho, the defendant, **DUSTIN HOLM**, knowingly deposited in an authorized repository for mail matter, by giving it to a jailer in the Bingham County Jail, Blackfoot, Idaho, to be sent or delivered by the Post Office, a written communication, the envelope postmarked 01 Jul 2003, addressed to "U.S. Marshals, 135 E. Simpson Ave, Jackson, Wyoming 83025," and containing a threat to injure persons in that building; in violation of Title 18, United States Code, Section 876(c).

**DATED** this 23 day of September, 2003.

**A TRUE BILL:**

FOREPERSON

THOMAS E. MOSS
United States Attorney
By:

JACK B. HAYCOCK
Assistant United States Attorney

INDICTMENT - 3

# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Dustin Holm | **Juvenile:** No |
| **DEFENDANT'S STREET ADDRESS:** | **Service Type:** Non-Secret/Warrant |
| | **Interpreter:** No  If yes, language: |
| **DEFENSE ATTORNEY:**  Address | |
| Telephone No.: | |
| **INVESTIGATING AGENCY & AGENT:** S/A Kyle Wright, FBI  Pocatello, Idaho | **CR 03- 220 E BLW** |

**CASE INFORMATION:** (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)

## CRIMINAL CHARGING INFORMATION

__ Complaint     X  Indictment     __ Information     __ Superseding Indictment
X  Felony     __ Class A Misdemeanor     __ Class B or C Misdemeanor (Petty Offense)
County of Offense: Bannock     Estimated Trial Time: 3 days

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| 18 U.S.C. § 876(c) | 1-6 | Mailing Threatening Communications | Maximum of 5 years incarceration and/or $250,000 fine, 3 years supervised release, and $100 special assessment, on each count |

Date:   September 22, 2003

AUSA: Jack B. Haycock
Telephone No.: (208)478-4166