THOMAS E. MOSS
UNITED STATES ATTORNEY
JACK B. HAYCOCK
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN #192
POCATELLO, IDAHO 83201
TELEPHONE: (208) 478-4166

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 03-220-E-BLW |
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| vs. | **Vio. 18 U.S.C. § 876 (c)** |
| DUSTIN HOLM, | |
| Defendant. | |

**The Grand Jury charges:**

## COUNT ONE

That on or about the 2nd day of July, 2003, in the State and District of Idaho, the defendant, **DUSTIN HOLM,** knowingly did cause to be delivered by the Postal Service according to the directions thereon, with the intent to threaten, a written communication, the envelope postmarked 01 Jul 2003, addressed to "U.S. District Court Clerk, 801 S. Sherman #198, Pocatello, Idaho 83201," and containing a threat to injure the persons inside the U.S. Courthouse in Pocatello, Idaho; in violation of Title 18, United States Code, Section 876(c).

## COUNT TWO

That on or about the 3rd day of July, in the State and the District of Idaho, the defendant, **DUSTIN HOLM**, knowingly did cause to be delivered by the Postal Service according to the directions thereon, with the intent to threaten, a written communication, the envelope postmarked 01 Jul 2003, addressed to "Security Personel [sic], Idaho Nuclear

SUPERSEDING INDICTMENT - 1

Engineering Laboratories, 850 Energy Dr., Idaho Falls, Idaho 83402", and containing a threat to injure the persons inside the building at 850 Energy Drive, Idaho Falls, Idaho; in violation of Title 18, United States Code, Section 876(c).

### COUNT THREE

That on or about the 8th day of July, 2003, in the State and District of Idaho, the defendant, **DUSTIN HOLM**, knowingly did cause to be delivered by the Postal Service according to the directions thereon, with the intent to threaten, a written communication, the envelope postmarked 01 Jul 2003, addressed to "Dept. of Air Force, 1920 E. 17th St., Idaho Falls, Id. 83401", and containing a threat to injure the person who opened the envelope and other persons in the building; in violation of Title 18 United States Code. Section 876(c).

### COUNT FOUR

That on or about the 1st day of July, 2003, in the State and District of Idaho, the defendant, **DUSTIN HOLM**, knowingly deposited in an authorized repository for mail matter, with the intent to threaten, by giving it to a jailer in the Bingham County Jail, Blackfoot, Idaho, to be sent or delivered by the Post Office, a written communication, the envelope postmarked 01 Jul 2003, addressed to "Federal Bureau of Investigations, 545 W. Broadway, Jackson, Wyoming 83025," and containing a threat to injure persons in that building; in violation of Title 18, United States Code, Section 876(c).

### COUNT FIVE

That on or about the 1st day of July, 2003, in the State and District of Idaho, the defendant, **DUSTIN HOLM**, knowingly deposited in an authorized repository for mail matter, with the intent to threaten, by giving it to a jailer in the Bingham County Jail, Blackfoot, Idaho, to be sent or delivered by the Post Office, a written communication, the envelope postmarked 01 Jul 2003, addressed to "U.S. Customs Dept., * c/o* U.S. Marshals, 250 S. 4th Ave., Pocatello, Idaho 83201," and containing a threat to injure persons in that building; in violation of Title 18,

United States Code, Section 876(c).

### COUNT SIX

That on or about the 1st day of July, 2003, in the State and District of Idaho, the defendant, **DUSTIN HOLM**, knowingly deposited in an authorized repository for mail matter, with the intent to threaten, by giving it to a jailer in the Bingham County Jail, Blackfoot, Idaho, to be sent or delivered by the Post Office, a written communication, the envelope postmarked 01 Jul 2003, addressed to "U.S. Marshals, 135 E. Simpson Ave, Jackson, Wyoming 83025," and containing a threat to injure persons in that building; in violation of Title 18, United States Code, Section 876(c).

**DATED** this 22 day of June, 2004.

A TRUE BILL:

_____
FOREPERSON

THOMAS E. MOSS
United States Attorney
By:

_____
JACK B. HAYCOCK
Assistant United States Attorney

SUPERSEDING INDICTMENT - 3

# CRIMINAL COVERSHEET

**DEFENDANT'S NAME:** Dustin Holm

**DEFENDANT'S STREET ADDRESS:**

**DEFENSE ATTORNEY:** Steve V. Richert
Address: 801 E. Sherman, #177
Pocatello, Idaho 83201
Telephone No.: 208-478-4155

**INVESTIGATING AGENCY & AGENT:** S/A Kyle Wright, FBI
Pocatello, Idaho

**Juvenile:** No

**Service Type:** Non-Secret/Warrant

**Interpreter:** No
If yes, language:

**CASE INFORMATION:** (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)

# CRIMINAL CHARGING INFORMATION

___ Complaint    ___ Indictment    ___ Information    _X_ Superseding Indictment

_X_ Felony    ___ Class A Misdemeanor    ___ Class B or C Misdemeanor (Petty Offense)

County of Offense: Bingham    Estimated Trial Time: 3 days

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| 18 U.S.C. § 876(c) | 1-6 | Mailing Threatening Communications | Maximum of 5 years incarceration and/or $250,000 fine, 3 years supervised release, and $100 special assessment, on each count |

Date: June 18, 2004

AUSA: Jack B. Haycock
Telephone No.: (208)478-4166